IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUZO PANEL, LLC, | ) |
| *Plaintiff,* | ) |
| | ) Civil No. |
| v. | ) |
| | ) |
| DEL METRO, INC., GARY DELLOVADE and | ) |
| HUDSON INS. CO., | ) |
| *Defendants.* | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, Defendants Del Metro, Inc., Gary Dellovade and Hudson Insurance Company file this Notice of Removal of this case from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, Defendants state as follows:

## CASE BACKGROUND AND FOUNDATION FOR REMOVAL

1.     On or about October 30, 2014, Plaintiff, Bruzo Panel, LLC, commenced an action in the Superior Court of the District of Columbia against Defendants Del Metro, Inc., Gary Dellovade and Hudson Insurance Company. Plaintiff's Complaint ("Complaint") seeks damages against Defendants for injuries that Plaintiff allegedly suffered as a result of failure to render payment under a contract. Plaintiff's claims against Defendants are based on breach of contract and unjust enrichment.

2.     Plaintiff served Defendant Hudson Insurance Company on November 3, 2014 and Defendant Del Metro, Inc. on November 4, 2014. True and correct copies of the Summons and Complaints are attached as Exhibit A and incorporated by reference.

3.     This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.     Venue is proper in this Court because the State Court Action is pending in the District of Columbia.  28 U.S.C. § 1441(a).

## COMPLETE DIVERSITY OF CITIZENSHIP

5.     There is complete diversity of citizenship between the parties.

(a)    **Plaintiffs.**  Plaintiff, Bruzo Panel, LLC is a citizen of Virginia with a principal office located at 3901 Brenda Lane, Annandale, Virginia 22003.  Complaint ¶ 1.

(b)    **Defendants.**  Defendant, Del Metro is incorporated in Pennsylvania and its principal office is located at 108 Cavasina Drive, Canonsburg, Pennsylvania. Complaint ¶ 2.  Defendant Gary Dellovado is the principal owner of Del Metro and a citizen of Pennsylvania.  Complaint ¶ 4.  Defendant Hudson Insurance Company is a Delaware corporation with its principal office located at 100 William Street, 5th Floor, New York, New York 10038.  Complaint ¶ 3.  Thus, the Defendants are not citizens of Virginia and are diverse from the Plaintiff.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

6.    Plaintiff seeks to recover $214,750.00 in this case.  Complaint ¶¶ 42- 44, Prayer for Relief.  This exceeds the required $75,000.

7.    Defendants deny the allegations in the Complaint.  Taking those allegations on their face as true, however, as this Court must do for the purpose of determining the propriety of removal, it is clear that Plaintiff's claims, as evidenced by the documents attached hereto as Exhibit A, demonstrate an amount in controversy in excess of $75,000.

## OTHER ISSUES

8.    This Notice of Removal is timely filed.  28 U.S.C. § 1446(b).   All Defendants consent to removal.  28 U.S.C. § 1446(b).  *Id.*

9.    Pursuant to District of Columbia Local Civil Rule 12-I, Douglas Hanna, counsel for Defendants, advised Plaintiff's counsel of the Notice of Removal.  Plaintiff's counsel, as of this filing, has not responded.

10.    This Notice of Removal has been served on Plaintiff's counsel.  A Notice of Filing of Notice of Removal to Federal Court (attached as Exhibit B) will be filed in the Superior Court of the District of Columbia as soon as this Notice of Removal has been filed in this Court.

## CONCLUSION

Because Plaintiff and Defendants are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.  Defendants are, therefore, entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

Wherefore, Defendants request that the action now pending before the Superior Court of the District of Columbia, Civil Action No. 2104 CA 006884 B, be removed to this Court.

2

This the 21st day of November, 2014.

Respectfully submitted,

/s/ *Amy E. Richardson* s/DR

Amy E. Richardson
D.C. Bar No. 472284
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20037
Telephone: (202) 730-1329
Fax: (202) 730-1301
E-mail: arichardson@hwglaw.com

Douglas Hanna
North Carolina Bar No. 18225
*Pro hac vice pending*
4350 Lassiter at North Hills Avenue,
Suite 375
Raleigh, NC 27609
Telephone: (919)863-9091
Fax: (919)863-9095
Email: dhanna@ghslawfirm.com

Counsel for Defendants Del Metro, Inc.,
Gary Dellovade and Hudson Insurance
Company

3

**Certificate of Service**

I hereby certify that on November 21, 2014 a copy of the Notice of Removal was delivered by electronic and first class mail to Plaintiff's counsel at the following address:

Shawn C. Whittaker
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, Maryland 20852
shawn@whittaker-law.com

*Amy E. Richardson s/ WR*